Fill in this information to identify the case:

Debtor 1  Gerald T. Muff
          fdba Gerald Muff Trucking Company

Debtor 2  Brenda L. Muff
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of GEORGIA

Case number 19-10067

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER          **Court claim no**. (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account: 1502

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|   | **Description** | **Date Incurred** |   | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees and Payment History Review | 03/29/2019 | (5) | $200.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 03/21/2019 | (11) | $150.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Gerald T. Muff</u>    Case number (if known) <u>19-10067</u>
<u>fdba Gerald Muff Trucking Company</u>
   Print Name   Middle Name   Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Andrea L. Betts
Signature

Date  06/10/2019

Print  Andrea L. Betts
   First Name   Middle Name   Last Name

Title  Bankruptcy Attorney

Company  RAS Crane, LLC

Address  10700 Abbott's Bridge Road, Suite 170
   Number   Street

Duluth, GA 30097
City   State   ZIP Code

Contact Phone  470-321-7112

Email  abetts@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___8/20/2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

F. ANTHONY BLAKEY
KELLEY, LOVETT, AND BLAKEY, PC
2539 LAFAYETTE PLAZA DRIVE
P.O. BOX 70879
ALBANY, GA 31708

KRISTIN HURST
OFFICE OF THE CHAPTER 13 TRUSTEE
P.O. BOX 1907
COLUMBUS, GA 31902-1907

U.S. TRUSTEE - MAC
440 MARTIN LUTHER KING JR. BOULEVARD
SUITE 302
MACON, GA 31201

GERALD T. MUFF
BRENDA L. MUFF
2811 CREEDMOOR LN
ALBANY, GA 31721

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Raven Mahoney
    Raven Mahoney
    Email: rmahoney@rasflaw.com